READEY ET AL. *v.* ST. LOUIS COUNTY WATER CO.
ET AL.

No. 105.   Decided October 8, 1962.

*J. L. London* for appellants.

*Richard E. Crowe, Dan D. Weiner* and *William J. Becker* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE GOLDBERG took no part in the consideration or decision of this case.